RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE __11/7/11__

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CLARENCE MOSES** | **CIVIL ACTION NO. 10-0522** <br> **Section P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **LARRY COX, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 20] filed by Defendants Madison Parish Sheriff Larry Cox and Wanda Nolan is hereby **GRANTED**, and Plaintiff's claims arising under the Constitution and laws of the United States are **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims, and those claims are **DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this __7__ day of __November__ 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE